UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| KENNETH CARMEN and ALLISON CARMEN, h/w<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF PLEASANTVILLE, ET AL.,<br><br>　　　Defendants. | Civil Action No.<br>05-4579(NLH)<br><br>**ORDER** |

**APPEARANCES:**

Stuart J. Alterman, Esq.
Daniel M. Replogle, III, Esq.
800 Kings Highway North
Suite 301
Cherry Hill, NJ 08034-1511
*Attorney for Plaintiffs*

A. Michael Barker, Esq.
Barker, Douglass & Scott, PC
Linwood Greene
210 New Road, Suite 12
Linwood, NJ 08221
*Attorney for defendants City of Pleasantville, Richard Gray, Ralph Peterson, Russell Whaley, Frank Balles, Scott Seliga, Henry Frank, and Duane Comeaux*

**HILLMAN, District Judge**

　　　In accordance with the Opinion filed on this date, it is hereby ORDERED this 11th day of June, 2007, that defendants' motion to dismiss plaintiffs' complaint for failure to effectuate proper service [13] is GRANTED IN PART AND DENIED IN PART.  It is GRANTED with respect to defendants Richard Gray, Russell Whaley and Henry Frank, and plaintiffs' complaint against them is

DISMISSED.  It is DENIED AS MOOT as to defendants Frank Balles and Scott Seglia.

It is FURTHER ORDERED that plaintiffs' request for default judgment against Richard Gray, Russell Whaley and Henry Frank [26] is DENIED.

                                           s/Noel L. Hillman  
                                      NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey